BURROUGHS WELLCOME & Co. (U. S. A.), INC., respondent,

*v.*

HARRY WEISSBARD et al., individually, &c., appellants.

[Decided January 9th, 1942.]

*Messrs. Gross & Blumberg,* for the respondent.

*Messrs. Bilder, Bilder & Kaufman,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan and reported at *129 N. J. Eq. 563.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—CASE, PERSKIE, JJ. 2.